

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-16-00111-CR

Daniel **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5926
Honorable Steve Hilbig, Judge Presiding

# O R D E R

On April 4th and April 5th, two of the four court reporter's notified this Court that the record was due on April 4, 2016; however, the reporter's records were not filed because appellant failed to provide proper notice to the reporters of the appeal and failed to pay or make arrangements to pay the reporters' fees for preparing the record.

It is therefore ORDERED that appellant provide proof to this court within ten (10) days of the date of this order that either (1) all four of the court reporters' fees have been paid or arrangements have been made to pay the reporters' fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court